UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STIFTELSEN FOR INDUSTRIELL OG TEKNISK FORSKNING VED NTH and IDEX ASA,<br><br>       Plaintiffs,<br><br>       v.<br><br>UPEK, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)  C.A. No. _____<br>)<br>)  DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiffs state that they have no parent corporations and that no publicly held corporation owns more than 10% of their stock.

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiffs*

*Of Counsel*:

Steven Lieberman
Rothwell Figg Ernst & Manbeck
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

Dated: April 20, 2007

804623.1