IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STIFTELSEN FOR INDUSTRIELL OG TEKNISK FORSKNING VED NTH and IDEX ASA,<br><br>        Plaintiffs,<br><br>   v.<br><br>UPEK, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-214 (GMS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs Stiftelsen for industriell og teknisk forskning ved NTH ("Sintef") and Idex ASA ("Idex") hereby dismiss this action without prejudice.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Steven Lieberman
Rothwell Figg Ernst & Manbeck
1425 K Street, NW
Suite 800
Washington, DC  20005
(202) 783-6040

August 17, 2007