IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STIFTELSEN FOR INDUSTRIELL OG TEKNISK FORSKNING VED NTH and IDEX ASA, <br><br> Plaintiffs, <br><br> v. <br><br> UPEK, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-214 (GMS) ) ) ) ) ) |

### NOTICE OF DISMISSAL

Plaintiffs, Stiftelsen for industriell og teknisk forskning ved NTH ("Sintef") and Idex ASA ("Idex"), by and through counsel, respectfully file this notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). This notice is being filed before service by Upek, Inc. ("Upek") of an answer or of a motion for summary judgment.

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Steven Lieberman
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

Dated: October 29, 2007